```
1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 08 MJ 0385 KJM |
|---|---|---|
| Plaintiff, | ) | 08-SW 0468 KJM |
| | ) | |
| | ) | APPLICATION FOR UNSEALING |
| v. | ) | ORDER; AND ORDER |
| | ) | |
| JUN LAST NAME UNKNOWN, | ) | |
| Defendant. | ) | |

On October 27, 2008, a search warrant, arrest warrant, and criminal complaint were filed in the above-referenced case. Since the search warrant and arrest warrants have been executed, it is no longer necessary for the Search Warrant, Arrest Warrant Criminal Complaint, Applications, Affidavits, and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008              McGREGOR W. SCOTT
                                     United States Attorney

                                     By /s/ Robin R. Taylor
                                        ROBIN R. TAYLOR
                                        Assistant U.S. Attorney

1

Application for Unsealing Order & Order
Page 2

**ORDER**

SO ORDERED:

DATED: October 29, 2008

_____
HON. KIMBERLY MUELLER
United States Magistrate

2