1  **ERIN J. RADEKIN**
   **Attorney at Law  - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  DONGHUN JUN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Case No. 08-CR-0535 GEB |
| Plaintiff, | ) ) | MOTION FOR CONTINUANCE OF ARRAIGNMENT; STIPULATION |
| vs. | ) ) | AND ORDER |
| **DONGHUN JUN**, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

–o0o–

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jean Hobler, counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant DONGHUN JUN, that the arraignment, currently set for November 18, 2008 at 2:00 p.m., be vacated and continued to November 24, 2008 at 2:00 p.m. in the courtroom of the Honorable Dale A. Drozd.

   This continuance is requested by the defendant, who is out-of-custody, on the ground that he is unable to appear on Tuesdays due to his employment.  The defendant hereby waives any claim that he was not arraigned promptly after indictment or that he was arraigned with unnecessary delay.  The defendant acknowledges that he has been notified of the November 24, 2008 arraignment and agrees to appear on that date.

1  The Court is advised that Ms. Hobler concurs with the November 24, 2008 date for
2  arraignment and has authorized Ms. Radekin to sign this stipulation on her behalf.  The Court
3  is further advised that Yolanda Riley, staff interpreter, has been notified that the November
4  18, 2008 date will be vacated and the matter continued to November 24, 2008, and that Ms.
5  Riley has arranged for a Korean interpreter to be available for the November 24, 2008
6  appearance.

7
   Dated: November 17, 2008                McGREGOR W. SCOTT
8                                          United States Attorney

9                                          By:    /s/ Jean Hobler
                                           JEAN HOBLER
10                                         Assistant U.S. Attorney

11 Dated: November 17, 2008                     /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
12                                         Attorney for Defendant
                                           DONGHUN JUN
13
   Dated: November 17, 2008                     /s/ Donghun Jun
14                                         DONGHUN JUN

15

16

17

18

19                                    **ORDER**

20   IT IS HEREBY ORDERED that the arraignment currently scheduled for November
21 18, 2008 at 2:00 p.m. is VACATED, and the matter continued until November 24, 2008 at
22 2:00 p.m. for arraignment.
23 DATED: November 17, 2008.

24

25                         _____
                           DALE A. DROZD
26                         UNITED STATES MAGISTRATE JUDGE

27 Ddad1/orders.criminal/jun0535.stipord

28
                                        2