UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | NO. CR. S-08-530 FCD |
| Plaintiff, | | |
| v. | | ORDER OF NON-RELATED CASES |
| QI JIN CHEN,<br>    Jimmy Chen | | |
| Defendant. | | |
| _____/ | | |
| UNITED STATES OF AMERICA, | | NO. CR. S-08-531 MCE |
| Plaintiff, | | |
| v. | | |
| RAYMOND MAO, and<br>ELISA CHING, | | |
| Defendants. | | |
| _____/ | | |
| UNITED STATES OF AMERICA, | | NO. CR. S-08-532 GEB |
| Plaintiff, | | |
| v. | | |
| SUNSHINE PASCUAL, | | |
| Defendant. | | |
| _____/ | | |

```
 1  UNITED STATES OF AMERICA,
                                          NO. CR. S-08-533 GEB
 2             Plaintiff,

 3        v.

 4  MARIA PALA BROSNAN,

 5             Defendant.
    _____/
 6  UNITED STATES OF AMERICA,
                                          NO. CR. S-08-534 JAM
 7             Plaintiff,

 8        v.

 9  KYUNG YONG KIM,
10       aka Jim,

11             Defendant.
    _____/
12  UNITED STATES OF AMERICA,

13                                        NO. CR. S-08-535 GEB
               Plaintiff,
14
          v.
15
    DONGHUN JUN,
16
               Defendant.
17  _____/
    UNITED STATES OF AMERICA,
18                                        NO. CR. S-08-536 LKK
               Plaintiff,
19
          v.
20
    JOSE QUEVEDO-MESA,
21       aka Fernando, and
    GRISELDA AVILA,
22
               Defendants.
23  _____/
    UNITED STATES OF AMERICA,
24                                        NO. CR. S-08-537 GEB
               Plaintiff,
25
          v.
26
    YI NIU,
27       aka Wilson

28             Defendant.
    _____/
```

1   The undersigned judge declines to relate the above-captioned
2 cases pursuant to Local Rule 83-123(a).  Assignment of the
3 matters to the same judge is not likely to effect a substantial
4 savings of judicial effort or other economies.  While the actions
5 may involve similar analyses with respect to application of the
6 Sentencing Guidelines and/or loss calculations, the actions
7 involve events specific to each party, the questions of fact are
8 different, the questions of law are not novel, it is not clear
9 that the same result should follow in both actions, and
10 assignment to different judges would not entail substantial
11 duplication of labor.
12    Therefore, CR.S-08-531 MCE, CR.S-08-532 GEB, CR.S-08-533
13 GEB, CR.S-08-534 JAM, CR.S-08-535 GEB, CR.S-08-536 LKK, and CR.S-
14 08-537 GEB, shall not be reassigned to the undersigned judge.
15    IT IS SO ORDERED.
16 DATED: December 15, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE