**ERIN J. RADEKIN**
**Attorney at Law  - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
DONGHUN JUN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,          ) | Case No. 08-CR-0535 |
|                                        ) | |
| Plaintiff,                             ) | **MOTION FOR CONTINUANCE** |
|                                        ) | **OF STATUS CONFERENCE AND** |
| vs.                                    ) | **[PROPOSED] ORDER** |
|                                        ) | |
| **DONGHUN JUN**,                       ) | |
|                                        ) | |
| Defendant.                             ) | |
| _____) | |

–o0o–

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Robin Taylor, counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant DONGHUN JUN, that the status conference currently set for February 27, 2009 at 9:00 a.m. be vacated and continued to March 20, 2009 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell.

The reason for this request is to that the defendant is released on bond in this matter and additional discovery is needed, as well as additional time for plea negotiations and to prepare a plea agreement.  The Court is advised that Ms. Taylor concurs with this request and has authorized Ms. Radekin to sign this stipulation on her behalf.

The parties further agree and stipulate that the time period from the filing of this

1  stipulation until March 20, 2009 should be excluded in computing time for commencement
2  of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §
3  3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable
4  time necessary for effective defense preparation.  It is further agreed and stipulated that the
5  ends of justice served in granting the request outweigh the best interests of the public and the
6  defendant in a speedy trial.
7         Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
8  IT IS SO STIPULATED
9  Dated: February 26, 2009                McGREGOR W. SCOTT
                                           United States Attorney

                                           By:      /s/ Robin Taylor
                                              ROBIN TAYLOR
                                              Assistant United States Attorney

   Dated: February 26, 2009                     /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
                                           Attorney for Defendant
                                           DONGHUN JUN

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of February 27, 2009 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on March 20, 2009 at 9:00 a.m.  The court finds excludable time in this matter through March 20, 2009 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:  February 27, 2009

                                           GARLAND E. BURRELL, JR.
                                           United States District Judge

2