LAWRENCE G. BROWN
Acting United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) 2:08-cr-00535 GEB
)
    Plaintiff, ) PRELIMINARY ORDER OF
) FORFEITURE
  v. )
)
DONGHUN JUN, )
)
    Defendant. )
_____)

    Based upon the plea agreement entered into between plaintiff United States of America and defendant Donghun Jun, it is hereby

    ORDERED, ADJUDGED AND DECREED as follows:

    1.    That pursuant to 18 U.S.C. § 2323(b)[1], defendant Donghun Jun's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a.    Approximately 134 Coach Hand Bags,
        b.    Approximately 69 Coach Wallets,
        c.    Approximately 212 Dolce & Gabbana Handbags,

---

[1] As amended December 1, 2008, and includes legislation through Pub.L. 110-460, approved December 23, 2008. The Indictment and Plea Agreement contain reference to forfeiture pursuant to 18 U.S.C. § 2320(b)(1)(B), which has been amended.

1  Preliminary Order of Forfeiture

|  |  |
|---|---|
| d. | Approximately 9 Burberry Handbags, |
| e. | Approximately 32 Chanel Handbags, |
| f. | Approximately 13 Chanel Scarves, |
| g. | Approximately 1 Christian Dior Scarf, |
| h. | Approximately 9 Coach Coin Bags, |
| i. | Approximately 26 Dooney & Bourke Handbags, |
| j. | Approximately 1 Gucci Handbag, |
| k. | Approximately 15 Gucci Key Chains, |
| l. | Approximately 1 Gucci Suitcase, |
| m. | Approximately 39 Gucci Wallets, |
| n. | Approximately 8 Juicy Couture Handbags, |
| o. | Approximately 11 Louis Vuitton Handbags, |
| p. | Approximately 26 Louis Vuitton Scarves, |
| q. | Approximately 3 Louis Vuitton Wallets, and |
| r. | Approximately 2 Prada Handbags. |

2. The above-listed property constitutes property used, in any manner or part, to commit or to facilitate the commission of a violation 18 U.S.C. § 2320(a). Pursuant to 18 U.S.C. § 2323(b)(2)(B), the Court shall order that any forfeited article or component of an article bearing or consisting of a counterfeit mark be destroyed or otherwise disposed of according to law.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, U.S. Secret Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Department of Homeland Security, U.S. Secret Service's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The

United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

      b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b) in which all interests will be addressed.

Dated: May 21, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge