```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:08-cr-00535-GEB
                                 )
12          Plaintiff,           )   FINAL ORDER OF FORFEITURE
                                 )
13      v.                       )
                                 )
14  DONGHUN JUN,                 )
                                 )
15          Defendant.           )
    _____)
16
17       WHEREAS, on or about June 26, 2009, this Court entered an
18  Amended Preliminary Order of Forfeiture pursuant to the
19  provisions of 18 U.S.C. § 2253, based upon the plea agreement
20  entered into between plaintiff and defendant Donghun Jun
21  forfeiting to the United States the following property:
22          a.   Approximately $2,640.00 in U.S. Currency,
23          b.   Approximately 134 Coach Hand Bags,
24          c.   Approximately 69 Coach Wallets,
25          d.   Approximately 212 Dolce & Gabbana Handbags,
26          e.   Approximately 9 Burberry Handbags,
27          f.   Approximately 32 Chanel Handbags,
28          g.   Approximately 13 Chanel Scarves,
```

|   |   |   |
|---|---|---|
| h. | Approximately 1 Christian Dior Scarf, |
| i. | Approximately 9 Coach Coin Bags, |
| j. | Approximately 26 Dooney & Bourke Handbags, |
| k. | Approximately 1 Gucci Handbag, |
| l. | Approximately 15 Gucci Key Chains, |
| m. | Approximately 1 Gucci Suitcase, |
| n. | Approximately 39 Gucci Wallets, |
| o. | Approximately 8 Juicy Couture Handbags, |
| p. | Approximately 11 Louis Vuitton Handbags, |
| q. | Approximately 26 Louis Vuitton Scarves, |
| r. | Approximately 3 Louis Vuitton Wallets, and |
| s. | Approximately 2 Prada Handbags. |

AND WHEREAS, beginning on June 30, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be

disposed of according to law, including all right, title, and interest of Donghun Jun.

2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.  The Department of Homeland Security, U.S. Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated:  September 3, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

3                    Final Order for Forfeiture